IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CV 17–159–M–DLC |
|---|---|
| Petitioner, | |
| vs. | ORDER |
| JOSHUA KENNY-GREENWOOD, | |
| Respondent. | |

The United States having complied with this Court's order for a status report and having apprised the Court of its recommendation that this case be dismissed without prejudice,

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 1st day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-